UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-168 |
| v. | * | SECTION: "A" |
| ERIC BRANDT | * | |

\* \* \*

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE UNITED STATES MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through Gregory M. Kennedy, United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court:

That **ERIC BRANDT (Colorado DOC #191131)**, is now confined in Delta Correctional Center, Delta, Colorado, and is in the custody of the Warden of said institution, being in custody under the authority of the State of Colorado in accordance with the laws thereof.

This petition avers that the said **ERIC BRANDT** is charged in the United States District Court for the Eastern District of Louisiana with violations of Title 18, United States Code, Section 875(c) and that it is necessary for the said **ERIC BRANDT** to appear for an initial appearance in the United States District Court for the Eastern District of Louisiana on or before the **15th day of April, 2024, at 2:00 p.m.**, before the Duty Magistrate Judge, after which **ERIC BRANDT** is to remain in the custody of the United States Marshal until resolution of federal charges pending against him, and thereafter is to be returned to the custody of the Warden of Delta Correctional Center.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Warden of Delta Correctional Center, requiring him to surrender the body of the said **ERIC BRANDT** to the United States Marshals Service, to be thereafter produced by the United States Marshal in the United States District Court for the Eastern District of Louisiana on or before the **15th day of April, 2024, at 2:00 p.m.**, before the Duty Magistrate Judge, and after which **ERIC BRANDT** is to remain in the custody of the United States Marshal until resolution of federal charges pending against him, and thereafter is to be returned to the custody of the Warden of Delta Correctional Center.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/Gregory M. Kennedy*
GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll No. 20896
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3102
Email: Greg.Kennedy@usdoj.gov