## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 23-146** |
| **v.** | * | **SECTION: "A"** |
| **ERIC BRANDT** | * | |

\* \* \*

### O R D E R

Let a writ of habeas corpus ad prosequendum be issued to the Warden of Delta Correctional Center, or one of his authorized deputies, ordering and directing said Warden of Delta Correctional Center, or one of his authorized deputies, to surrender the body of **ERIC BRANDT** to the United States Marshals Service, to be thereafter produced by the United States Marshal for the Eastern District of Louisiana on or before the **15th day of April, at 2:00 p.m.**, before the Duty Magistrate Judge, for an initial appearance, after which **ERIC BRANDT** is to remain in the custody of the United States Marshal until resolution of federal charges pending against him, and thereafter be returned to the Delta Correctional Center and there be surrendered to the Warden of Delta Correctional Center, or one of his authorized deputies.

New Orleans, Louisiana, this _____ day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE