

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

SUPERSEDING BILL OF INFORMATION FOR MAKING THREATENING
OR HARRASSING TELEPHONE CALLS IN INTERSTATE COMMERCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-168 |
| v. | * | SECTION: "O" |
| ERIC BRANDT | * | VIOLATION: 47 U.S.C. § 223(a)(1)(C) |

\* \* \*

The United States Attorney charges that:

## COUNT 1

On or about December 9, 2019, in the Eastern District of Louisiana, **ERIC BRANDT**, the defendant, did knowingly transmit in interstate commerce communications, without disclosing his identity, with the intent to abuse, threaten or harass a specific person; in violation of Title 47, United States Code, Section 223(a)(1)(C).

DUANE A. EVANS
UNITED STATES ATTORNEY



GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll Number 20896

New Orleans, Louisiana
September 3, 2024

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

No. 23-cr-168 "O"

# United States District Court

FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

ERIC BRANDT

Violation(s): 47 U.S.C. § 223(a)(1)(C)

SUPERSEDING BILL OF INFORMATION
FOR MAKING THREATENING OR HARASSING
TELEPHONE CALLS IN INTERSTATE COMMERCE

Filed _____, 20 24

_____, Clerk.

By _____, Deputy

GREGORY M. KENNEDY
*Assistant United States Attorney*