**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  23-168** |
| **v.** | * | **SECTION: "O"** |
| **ERIC BRANDT** | * | |

*        *        *

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT'S SENTENCING MEMORANDUM**

The United States of America, through undersigned Assistant United States Attorney, responds to the defendant's sealed sentencing memorandum.  The defendant's sentencing guideline range, based upon a level 18 and criminal history category of V, is 51 to 63 months of imprisonment.  Rec. Doc. 45, ¶111.  However, the statutory maximum sentence in this case is 24 months. *Id.* at ¶110.  Based upon the facts of the case and the defendant's serious criminal history and history of similar crimes, the government respectfully requests that the defendant be sentenced to 24 months of imprisonment.

18 USC § 3553 (a) provides the appropriate factors for the Court to consider in sentencing the defendant:

> (1) the nature and circumstances of the offense and the history and characteristics of the defendant;
>
> (2) the need for the sentence imposed—
>
>> (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
>>
>> (B) to afford adequate deterrence to criminal conduct;
>>
>> (C) to protect the public from further crimes of the defendant; and
>>
>> (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

The government previously submitted a memorandum in support of an upward departure and/or variance in this case.  Doc. 42.  The government reiterates those reasons as a basis for a sentenced of 24 months.  Such a sentence is appropriate given the defendant's actions in this case. It would additionally promote respect for the law and provide an adequate deterrence to prevent the defendant from again from engaging in this type of criminal behavior.  The government recognizes the positive steps the defendant has taken before and during his incarceration and also the support of his friends.  However, sentencing the defendant based upon those actions would undermine the respect for the law and not provide a deterrence to the defendant in going forward. Brandt's lengthy criminal history shows that prior legal action and convictions for similar behavior did not deter the defendant from criminal activity in this case.

For the above reasons, the government respectfully requests that the defendant be sentenced to 24 months of imprisonment.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/ Gregory M. Kennedy*
GREGORY M. KENNEDY
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3102
Email: Greg.Kennedy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to defense counsel of record.

*s/ Gregory M. Kennedy*
GREGORY M. KENNEDY
Assistant United States Attorney