UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 23-168** |
| **v.** | * | **SECTION: "O"** |
| **ERIC BRANDT** | * | |

\* \* \*

### O R D E R

Considering the foregoing Government's Motion for Three Level Decrease Pursuant to U.S.S.G. § 3E1.1, and the defendant's timely acceptance of responsibility;

**IT IS HEREBY ORDERED** that the defendant's offense level shall be decreased by three levels, pursuant to U.S.S.G. § 3E1.1.

New Orleans, Louisiana this _____ day of December, 2024.

_____
HONORABLE BRANDON S. LONG
UNITED STATES DISTRICT JUDGE