MINUTE ENTRY
LONG, J.
December 19, 2024
JS10 -  01:47

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 23-168** |
| **ERIC BRANDT** | **SECTION "O"** |

COURT REPORTER: Sammantha Morgan
COURTROOM DEPUTY: Jeff Scalco

APPEARANCES:  Gregory Kennedy, Counsel for the Government
Annalisa Miron, Counsel for the Defendant
Eric Brandt, Defendant
Danielle Robinson, U.S. Probation

### SENTENCING

Case called.
It is ordered, the Government's Motion for Three Level Decrease is GRANTED for reasons orally stated on the record.
Defendant was sentenced on count 1 of the Superseding Bill of Information.
On motion of the Government, the Indictment is dismissed.
See Judgment for sentence imposed.
Defendant remanded to the custody of the U.S. Marshal.